## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

GOLD'N PLUMP FARMS LIMITED
PARTNERSHIP, LLP,

                           Civil No. 12-3198 (JRT/LIB)

                Plaintiff,

v.

                                     **ORDER**

WENDA AMERICA, INC., et al

                Defendants.

---

Lauren E Lonergan, **BRIGGS & MORGAN, PA,** 80 South Eighth Street, Suite 2200, Minneapolis, MN 55402, for plaintiff.

Gerald H Bren, **FISHER BREN & SHERIDAN LLP,** 920 Second Avenue South, Suite 975, Minneapolis, MN 55402, for defendant.

This matter is before the Court on the Stipulation of Dismissal with Prejudice filed by the parties on June 27, 2014 [Docket No. 126].

Based upon all the files, records and proceedings herein, **IT IS HEREBY**

**ORDERED** that this action, and all claims asserted herein, may be fully and finally

**DISMISSED WITH PREJUDICE,** and without further costs to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 30, 2014
at Minneapolis, Minnesota            _____   s/John R. Tunheim_____
                              JOHN R. TUNHEIM
                       United States District Judge